**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

AUG 1 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

                        Plaintiff,

            vs.

ROGELIO TORRES-LIZAMA,

                        Defendant.

CASE NO. 08CR1970-JAH

**JUDGMENT OF DISMISSAL**

            IT APPEARING that the defendant is now entitled to be discharged for the reason that:

  X    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice.

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

____   of the offense(s) of:

            IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: August 4, 2008

_____
John A. Houston
UNITED STATES DISTRICT JUDGE

            ENTERED ON _____