UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED AUG 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ⎯⎯ DEPUTY

2008 AUG 14 AM 9:45
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ⎯⎯ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROGELIO TORRES-LIZAMA,

        Defendant.

CASE NO. 08CR1970-JAH

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice.

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) of:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: August 4, 2008

                              John A. Houston
                              UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal ENTERED ON ⎯⎯⎯
Judgement and Commitment on 8/13/08

United States Marshal

By: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
USMS Criminal Section